FILED

2010 JUN -7 AM 11:38

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

Oreon J. Huffman,
Plaintiff,

v.

Dollar Rent A Car,
Defendant.

Case No: 1:10CV1270

JUDGE_____

COMPLAINT JUDGE GWIN

MAG. JUDGE GALLAS

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES . (NO)

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs _____

_____

Defendants _____

_____

2. Court (if federal court, name the district; if state court, name the county):

09/09kk

3. Docket Number: _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** _Cuyahoga County Jail_

   A. Is there a prisoner grievance procedure in this institution? (YES) NO

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? YES (NO)

   C. If your answer is "yes",

      1. What steps did you take? _____
_____

      2. What was the result? _____
_____

   D. If your answer is "no", explain why not:
_Facts don't involve institutional life._

   E. If there is no prisoner grievance prcedure in the institution, did you complain to prison authorities? YES NO

-2-

F. If your answer is "yes",

1. What steps did you take? _____

_____

2. What was the result? _____

_____

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of the Plaintiff  Oreon J. Huffman

Address 19214 Gladstone Rd., Warrensville Hts., Oh 44122

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants.)

B. Defendant Dollar Rent A Car  address  19727 Maplewood Avenue  at Cleveland, Ohio 44135.

C. Additional Defendants

_____

_____

IV. **Statement of Claim**

(State here the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite

-3-

any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.)

1. On April 18, 2008, Plaintiff executed a rental agreement with Defendant for a 2008 Dodge Charger, which was red in color and bearing KY plates #349HRX. EX. A. During the course of use, on April 26, 2008, Plaintiff was pulled over for fictitious plates and placed under arrest. EX. B1.

2. Plaintiff later sustained felony convictions from a search incident to arrest. Had proper plates been on vehicle, Plaintiff's liberty would have never been interrupted.

3. Defendant also exhibited substantial malice in refusing to provide Plaintiff with vehicle registration documentation during pendency of criminal trial. EX. B2 & B3. In fact, Defendant didn't send requested documentation until February 26, 2010. EX. A to C. This compounded Plaintiff's woes, because arresting officer

(Statement of Claim continued)

produced documentation which evinced KY plates #349HRX, went to a BLACK Dodge Charger, not red one rented by Plaintiff.

4. Trial judge's ruling not to suppress evidence rested upon arrest incidental to the fictitious plates.

5. Plaintiff asserts that Defendant is liable for his convictions and punishment suffered, because they showed reckless disregard for his compulsory rights. Had Defendant forwarded EX. A thru C when requested in Oct./2008, there stood a substantial probability he wouldn't have suffered convictions for allied offenses of similar import and punishment therefrom.

6. Plaintiff further asserts that there should not lie any issue(s) with statute of limitations, because he brings instant action under a theory of continuing violation - he still remains incarcerated pursuant to such.

-5-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Do not give any legal arguments or cite any cases or statutes.)

Plaintiff seeks $5,000,000.00 in monetary and punitive damages for the intrusion and incarceration suffered from receiving a product that was unlawful to have. Plus, for Defendant showing malice when questioned about legitimacy of the plates being on that particular vehicle.

Signed this __3rd__ day of __June__, 20__10__.

I declare under penalty of perjury that the foregoing is true and correct.

__6/3/10__
Date

__Orion J. Huffman__
Signature of Plaintiff

-6-